# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | ) | Bankruptcy Case No.: 18-11736-BLS |
| Heritage Home Group LLC | ) | Bankruptcy Chapter: 7 |
|    Debtor | ) | |
| | ) | |
| Alfred T. Giuliano | ) | |
| | ) | |
|    Plaintiff | ) | Adv. Proc. No. 20-50767-BLS |
| | ) | |
| vs. | ) | |
| | ) | |
| Shelba D. Johnson Trucking, Inc. | ) | |
| | ) | |
|    Defendant | ) | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with the Court's Order Assigning Adversary Proceeding to Mediation, dated January 20, 2021, the undersigned mediator reports that the parties reported to the mediator that the matter was settled after submission of mediation statements and prior to the mediation.

Counsel has been instructed to file an appropriate stipulation and proposed order within twenty (20) days.

Dated: March 23, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (DE Bar No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4224
Facsimile: (302) 467- 4201
E-Mail: brett.fallon@faegredrinker.com